UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-4 DEXTER ROSS,

    Defendant.
_____/

Case No. 18-cr-20512
Hon. Mark A. Goldsmith

## ORDER REGARDING ATTORNEY ADMISSION

On February 21, 2019, this Court issued an order requiring counsel for Defendant Dexter Ross, Jack Kearney, to show cause why he should not be sanctioned for failing to become admitted to the Eastern District of Michigan (Dkt. 59). Kearney filed a response (Dkt. 64), stating that he has had difficulty obtaining local counsel. Kearney did not explain why he is not yet admitted to the Eastern District of Michigan.

The requirement of local counsel does not apply in criminal cases. See Comment to LR 83.20. Kearney must apply for admission to the Eastern District of Michigan no later than March 15, 2019. If he does not submit a timely application, he will not be permitted to represent Ross; the Court will appoint counsel or give Ross time to secure counsel, as appropriate.

    SO ORDERED.

Dated: March 5, 2019
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2019.

s/Holly Monda for Karri Sandusky
Case Manager
